IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**JESUS GONZALEZ,**

    **Plaintiff**                                                     Case Number: 1:23-cv-22067-FAM

**V.**

**8 AND BRICKELL LLC.**

    **Defendant**

_____/

<u>**NOTICE OF DISMISSAL WITH PREJUDICE**</u>

Plaintiff, pursuant to FRCP 41(a)(1)(A)(i) hereby gives this Honorable Court notice of dismissal of this action with prejudice as to Defendant and, unless otherwise agreed, each party shall bear their own attorney's fees and costs.

                                                                           Respectfully submitted,

Dated: July 23, 2023                                      */s/ Alberto R. Leal*.
                                                                     Alberto R. Leal, Esq., P.A.
                                                                     Florida Bar No.: 1002345
                                                                     E-Mail: albertolealesq@gmail.com
                                                                     Phone: 954-637-1868